■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN TAYLOR, Appellant. (Appeal No. 2.) [771 NYS2d 473]—Appeal from a judgment of the Monroe County Court (Patricia D. Marks, J.), rendered September 14, 2001. The judgment convicted defendant, upon his plea of guilty, of attempted robbery in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Taylor* (4 AD3d 875 [2004]). Present—Hurlbutt, J.P., Scudder, Kehoe, Gorski and Hayes, JJ.